**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 15-7915**

───────────

UNITED STATES OF AMERICA,

            Plaintiff – Appellee,

      v.

THEOPHILUS AKWEI,

            Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (1:11-cr-00199-JCC-6)

───────────

Submitted:  April 19, 2016            Decided:  April 26, 2016

───────────

Before NIEMEYER, DUNCAN, and DIAZ, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Theophilus Akwei, Appellant Pro Se.  James Philip Gillis, OFFICE
OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for
Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Theophilus Akwei appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Akwei, No. 1:11-cr-00199-JCC-6 (E.D. Va. Nov. 19, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2